Chris RHODES, Plaintiff—Appellant,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant—Appellee.

No. 05–1626.

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2006.

Decided: April 20, 2006.

V. Lamar Gudger, III, Gudger & Gudger Attorneys at Law, Asheville, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, Paul Taylor, Assistant United States Attorney, Asheville, North Carolina, Robert Triba, Regional Chief Counsel, Lisa G. Smoller, Special Assistant U.S. Attorney, Boston, Massachusetts, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chris Rhodes appeals the district court's order granting the Commissioner's motion for summary judgment and affirming the Commissioner's denial of Social Security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rhodes v. Commissioner,* No. CA–04–22–1 (W.D.N.C. Mar. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*